# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: WOJCIK, DAVID JAMES § Case No. 13-84169 | |
| WOJCIK, DENISE JANE § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
327 South Church Street, Room #1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 02/04/2015 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 01/12/2015    By: /s/JOSEPH D. OLSEN
　　　　　　　　　　　　　　　　　　　Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: WOJCIK, DAVID JAMES | § Case No. 13-84169 |
| WOJCIK, DENISE JANE | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 29,152.94 |
| *and approved disbursements of* | $ | 1,656.91 |
| *leaving a balance on hand of* [1] | $ | 27,496.03 |
| **Balance on hand:** | $ | 27,496.03 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 27,496.03 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 3,665.29 | 0.00 | 3,665.29 |
| Trustee, Expenses - JOSEPH D. OLSEN | 289.34 | 0.00 | 289.34 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 2,470.00 | 0.00 | 2,470.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 6,424.63 |
| Remaining balance: | $ | 21,071.40 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 21,071.40

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 21,071.40

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 427,439.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | First Colorado National Bank | 289,349.85 | 0.00 | 14,264.02 |
| 2 | Nierman Scott | 136,382.34 | 0.00 | 6,723.21 |
| 3 | GE Capital Retail Bank | 707.38 | 0.00 | 34.87 |
| 4 | Saladworks, LLC | 1,000.00 | 0.00 | 49.30 |

Total to be paid for timely general unsecured claims: $ 21,071.40
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00


Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
David James Wojcik
Denise Jane Wojcik
    Debtors

Case No. 13-84169-TML
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3     User: vgossett     Page 1 of 2     Date Rcvd: Jan 12, 2015
                    Form ID: pdf006     Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2015.
```
db/jdb        +David James Wojcik,   Denise Jane Wojcik,   7214 Cornflower Way,   Spring Grove, IL 60081-8343
21338604      +1st capital Bank,   1101 Perimeter drive,   Schaumburg, IL 60173-5072
21338609      +BMO Harris Bank,   PO Box 6201,   Carol Stream, IL 60197-6201
21338612      +Citi Visa card,   PO Box 6500,   Sioux Falls, SD 57117-6500
21610065      +First Colorado National Bank,   d/b/a First Capital Bank,   c/o Attorney Gary E. Green,
                150 North Michigan, Suite 2700,   Chicago, IL 60601-7576
21338617      +Nierman Scott,   1344 Adirondack Dr.,   Northbrook, IL 60062-4347
21664531      +Streets of Woodfield Holdings LLC,   8343 Douglas Avenue, Suite 200,   Dallas, Texas 75225-5885
21338622      +Vivid Products,   622 Mary Street,   Warminster, PA 18974-2800
21338605      +archway,   26049 Network Place,   Chicago, IL 60673-1260
21338607      +best buy, Capital One,   PO Box 5893,   Carol Stream, IL 60197-5893
21338611      +chase card services,   PO box 15298,   Wilmington, DE 19850-5298
21338616      +nicor gas,   PO Box 5407,   Carol stream, IL 60197-5407
21338618      +pepsi-cola,   PO Box 75948,   Chicago, IL 60675-5948
21338619      +republic Services,   PO Box 9001154,   Louisville, KY 40290-1154
21338620      +streets of Woodfield LLC,   1344 Adirondack Drive,   Northbrook, IL 60062-4347

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21338606      +E-mail/Text: g17768@att.com Jan 13 2015 01:15:33      AT&T,   PO Box 5080,
                Carol Stream, IL 60197-5080
21338608      +E-mail/PDF: gecsedi@recoverycorp.com Jan 13 2015 01:22:35      Blaines Farm Fleet,,
                PO Box 965033,   Orlando, FL 32896-5033
21338610      +E-mail/Text: bankruptcy@arvest.com Jan 13 2015 01:17:17      Central Mortgage Company,
                801 John Barrow Suite 1,   Little Rock, AR 72205-6511
21338613      +E-mail/Text: legalcollections@comed.com Jan 13 2015 01:18:02      Commonwealth Edison,
                507 Prudential road,   Horsham, PA 19044-2308
21338614      +E-mail/Text: rjeffrey@firstcoloradobank.com Jan 13 2015 01:16:17
                First Colorado National Bank,   PO Box 100,   Paonia, CO 81428-0100
21606027      +E-mail/Text: rjeffrey@firstcoloradobank.com Jan 13 2015 01:16:17
                First Colorado National Bank,   dba First Capital Bank,   1101 Perimeter Dr., Suite 410,
                Schaumburg, IL 60173-5072
21776879       E-mail/PDF: gecsedi@recoverycorp.com Jan 13 2015 01:21:44      GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
21374017       E-mail/PDF: gecsedi@recoverycorp.com Jan 13 2015 01:20:52      GE Capital Retail Bank,
                c/o Recovery Management Systems Corp.,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
21992532      +E-mail/Text: rmaillie@saladworks.com Jan 13 2015 01:15:50      Saladworks, LLC,
                161 Washington Street, Ste. 300,   Conshohocken, PA 19428-2085
21338621      +E-mail/Text: ebn.bankruptcy@usfoods.com Jan 13 2015 01:17:28      US Foods, Inc.,
                9399 West Higgins Road,   Suite 500,   Rosemont, IL 60018-4992
21338615      +E-mail/Text: robin.smith@e-hps.com Jan 13 2015 01:15:40      heartland payment systems,
                one heartland Way,   Jeffersonville, IN 47130-5870
                                                                                               TOTAL: 11

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2015                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2015 at the address(es) listed below:
```
          Craig A Willette    on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
          David P Leibowitz, ESQ    on behalf of Joint Debtor Denise Jane Wojcik dleibowitz@lakelaw.com,
            czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
```

```
District/off: 0752-3          User: vgossett            Page 2 of 2                  Date Rcvd: Jan 12, 2015
                              Form ID: pdf006           Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      David P Leibowitz, ESQ   on behalf of Debtor David James Wojcik dleibowitz@lakelaw.com, czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
      Gary E. Green   on behalf of Creditor   First Colorado National Bank dba First Capital Bank ggreen@clarkhill.com, jfelker@clarkhill.com
      Joseph D Olsen   Jolsenlaw@comcast.net, IL46@ECFCBIS.com
      Joseph D Olsen   on behalf of Trustee Joseph D Olsen Jolsenlaw@comcast.net, IL46@ECFCBIS.com
      Joseph D Olsen   on behalf of Auctioneer Terry  Firch Jolsenlaw@comcast.net, IL46@ECFCBIS.com
      Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov

      TOTAL: 8