**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: WOJCIK, DAVID JAMES | § Case No. 13-84169 |
| WOJCIK, DENISE JANE | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $413,005.00                    Assets Exempt: $309,420.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $21,071.40      Claims Discharged
                                                 Without Payment: $743,852.49

Total Expenses of Administration: $8,081.54

---

   3) Total gross receipts of $   29,152.94   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $29,152.94 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $267,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 2,470.00 | 8,081.54 | 8,081.54 | 8,081.54 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 761,897.17 | 427,439.57 | 427,439.57 | 21,071.40 |
| **TOTAL DISBURSEMENTS** | $1,031,367.17 | $435,521.11 | $435,521.11 | $29,152.94 |

4) This case was originally filed under Chapter 7 on December 17, 2013. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/13/2015          By: /s/JOSEPH D. OLSEN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Lawsuit against franchisor for fraud Pending in | 1129-000 | 10,000.00 |
| Estimated 2013 tax refund | 1124-000 | 9,352.94 |
| 2013 K is Soul (26,000 miles) Residence Value pe | 1129-000 | 9,800.00 |
| **TOTAL GROSS RECEIPTS** | | **$29,152.94** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | BMO Harris Bank | 4110-000 | 52,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Central Mortgage Company | 4110-000 | 215,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$267,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 3,665.29 | 3,665.29 | 3,665.29 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 289.34 | 289.34 | 289.34 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Yalden, Olsen & Willette | 3110-000 | N/A | 2,470.00 | 2,470.00 | 2,470.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Action Auctioneering | 3610-000 | N/A | 1,426.00 | 1,426.00 | 1,426.00 |
| Rabobank, N.A. | 2600-000 | N/A | 24.78 | 24.78 | 24.78 |
| Rabobank, N.A. | 2600-000 | N/A | 25.44 | 25.44 | 25.44 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 16.67 | 16.67 | 16.67 |
| Rabobank, N.A. | 2600-000 | N/A | 24.54 | 24.54 | 24.54 |
| Rabobank, N.A. | 2600-000 | N/A | 27.88 | 27.88 | 27.88 |
| Rabobank, N.A. | 2600-000 | N/A | 24.46 | 24.46 | 24.46 |
| Rabobank, N.A. | 2600-000 | N/A | 26.96 | 26.96 | 26.96 |
| Rabobank, N.A. | 2600-000 | N/A | 26.07 | 26.07 | 26.07 |
| Rabobank, N.A. | 2600-000 | N/A | 24.11 | 24.11 | 24.11 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $8,081.54 | $8,081.54 | $8,081.54 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | First Colorado National Bank | 7100-000 | 289,349.85 | 289,349.85 | 289,349.85 | 14,264.02 |
| 2 | Streets of Woodfield, LLC | 7100-000 | 135,063.00 | 136,382.34 | 136,382.34 | 6,723.21 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | GE Capital Retail Bank | 7100-000 | N/A | 707.38 | 707.38 | 34.87 |
| 4 | Saladworks, LLC | 7100-000 | N/A | 1,000.00 | 1,000.00 | 49.30 |
| NOTFILED | Commonwealth Edison | 7100-000 | 7,524.75 | N/A | N/A | 0.00 |
| NOTFILED | nicor gas | 7100-000 | 705.05 | N/A | N/A | 0.00 |
| NOTFILED | heartland payment systems one heartland Way | 7100-000 | 44.03 | N/A | N/A | 0.00 |
| NOTFILED | Citi Visa card | 7100-000 | 3,419.00 | N/A | N/A | 0.00 |
| NOTFILED | pepsi-cola | 7100-000 | 1,295.78 | N/A | N/A | 0.00 |
| NOTFILED | US Foods, I nc. | 7100-000 | 11,643.00 | N/A | N/A | 0.00 |
| NOTFILED | republic Services | 7100-000 | 2,466.13 | N/A | N/A | 0.00 |
| NOTFILED | Vivid Products | 7100-000 | 210.67 | N/A | N/A | 0.00 |
| NOTFILED | archway | 7100-000 | 35.19 | N/A | N/A | 0.00 |
| NOTFILED | 1st capital Bank | 7100-000 | 301,972.60 | N/A | N/A | 0.00 |
| NOTFILED | best buy, Capital One | 7100-000 | 915.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 419.12 | N/A | N/A | 0.00 |
| NOTFILED | chase card services | 7100-000 | 6,834.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $761,897.17 | $427,439.57 | $427,439.57 | $21,071.40 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-84169  
**Case Name:** WOJCIK, DAVID JAMES  
WOJCIK, DENISE JANE  
**Period Ending:** 04/13/15

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 12/17/13 (f)  
**§341(a) Meeting Date:** 01/16/14  
**Claims Bar Date:** 04/29/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | single family home 7214 Cornflower Way Spring Gr | 271,000.00 | 0.00 | | 0.00 | FA |
| 2 | checking State Bank of the lakes | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account H arris Bank | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Savings account State Bank of the Lakes | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Furniture and appliances 7214 Cornflower Way Spr | 2,700.00 | 0.00 | | 0.00 | FA |
| 6 | old college books,(30 years old), 2 pictures, na | 30.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing 7214 Cornflower Way Spring Grove, I L 6 | 500.00 | 0.00 | | 0.00 | FA |
| 8 | small jewelry items, necklaces, wedding rings 72 | 250.00 | 0.00 | | 0.00 | FA |
| 9 | golf clubs, 2 sets, 7214 Cornflower Way Spring G | 100.00 | 0.00 | | 0.00 | FA |
| 10 | Camera Residence | 400.00 | 0.00 | | 0.00 | FA |
| 11 | Term Life Insurance N orthwest M utual Life insu | 0.00 | 0.00 | | 0.00 | FA |
| 12 | fidelity 401 K and IRA Fidelity | 125,000.00 | 0.00 | | 0.00 | FA |
| 13 | Pension plan | 0.00 | 0.00 | | 0.00 | FA |
| 14 | I RA Charles Schwab | 1,500.00 | 0.00 | | 0.00 | FA |
| 15 | Term life insurance N orthwest Mutual Life insur | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Lawsuit against franchisor for fraud Pending in | 0.00 | 50,000.00 | | 10,000.00 | FA |
| 17 | Estimated 2013 tax refund | 0.00 | 9,598.16 | | 9,352.94 | FA |
| 18 | 2006 Toyota Sienna (130,000 miles) 7214 Cornflow | 5,000.00 | 0.00 | | 0.00 | FA |
| 19 | 2007 Honda Accord LX (70,000 miles) Residence Va | 5,000.00 | 0.00 | | 0.00 | FA |
| 20 | 2013 K is Soul (26,000 miles) Residence Value pe | 13,000.00 | 9,000.00 | | 9,800.00 | FA |
| 21 | dog 7214 Cornflower Way | 25.00 | 0.00 | | 0.00 | FA |
| 22 | Lawnmower 7214 cornflower Way, not paid for | 100.00 | 0.00 | | 0.00 | FA |
| **22** | **Assets** **Totals** (Excluding unknown values) | **$426,005.00** | **$68,598.16** | | **$29,152.94** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-84169  
**Case Name:** WOJCIK, DAVID JAMES  
WOJCIK, DENISE JANE  
**Period Ending:** 04/13/15

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 12/17/13 (f)  
**§341(a) Meeting Date:** 01/16/14  
**Claims Bar Date:** 04/29/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** January 12, 2015   **Current Projected Date Of Final Report (TFR):** January 12, 2015

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-84169
**Case Name:** WOJCIK, DAVID JAMES
WOJCIK, DENISE JANE
**Taxpayer ID #:** **-***6908
**Period Ending:** 04/13/15

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** Rabobank, N.A.
**Account:** ******7966 - Checking Account
**Blanket Bond:** $820,095.60  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/21/14 | {20} | Action Auctioneering | Proceeds from auction 3/15 | 1129-000 | 9,800.00 | | 9,800.00 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,790.00 |
| 04/04/14 | {17} | David and Denise Wojcik | turnover of tax refund | 1124-000 | 9,352.94 | | 19,142.94 |
| 04/15/14 | 101 | Action Auctioneering | Per Court Order of 4/14/14 (sale of Kia) | 3610-000 | | 1,426.00 | 17,716.94 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.78 | 17,692.16 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.44 | 17,666.72 |
| 06/03/14 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2014 FOR CASE #13-84169, Bond #016018067 | 2300-000 | | 16.67 | 17,650.05 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.54 | 17,625.51 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.88 | 17,597.63 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.46 | 17,573.17 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.96 | 17,546.21 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.07 | 17,520.14 |
| 11/21/14 | {16} | Navigators Insurance Co. | Per Court order | 1129-000 | 5,000.00 | | 22,520.14 |
| 11/21/14 | {16} | SDI Commercial Real Estate, LLC | per court order | 1129-000 | 5,000.00 | | 27,520.14 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.11 | 27,496.03 |
| 02/06/15 | 103 | Yalden, Olsen & Willette | Dividend paid 100.00% on $2,470.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,470.00 | 25,026.03 |
| 02/06/15 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $289.34, Trustee Expenses;  Reference: | 2200-000 | | 289.34 | 24,736.69 |
| 02/06/15 | 105 | JOSEPH D. OLSEN | Dividend paid 100.00% on $3,665.29, Trustee Compensation;  Reference: | 2100-000 | | 3,665.29 | 21,071.40 |
| 02/06/15 | 106 | First Colorado National Bank | Dividend paid  4.92% on $289,349.85; Claim# 1; Filed: $289,349.85; Reference: | 7100-000 | | 14,264.02 | 6,807.38 |
| 02/06/15 | 107 | Streets of Woodfield, LLC | Dividend paid  4.92% on $136,382.34; Claim# 2; Filed: $136,382.34; Reference: | 7100-000 | | 6,723.21 | 84.17 |
| 02/06/15 | 108 | GE Capital Retail Bank | Dividend paid  4.92% on $707.38; Claim# 3; Filed: $707.38; Reference: | 7100-000 | | 34.87 | 49.30 |
| 02/06/15 | 109 | Saladworks, LLC | Dividend paid  4.92% on $1,000.00; Claim# 4; Filed: $1,000.00; Reference: | 7100-000 | | 49.30 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 29,152.94 | 29,152.94 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 29,152.94 | 29,152.94 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$29,152.94** | **$29,152.94** | |

{} Asset reference(s)

Printed: 04/13/2015 10:17 AM   V.13.21

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 13-84169 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | WOJCIK, DAVID JAMES | | Bank Name: | Rabobank, N.A. |
| | WOJCIK, DENISE JANE | | Account: | ******7966 - Checking Account |
| Taxpayer ID #: | **-***6908 | | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 04/13/15 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : 29,152.94 | | | | | |
| | | Net Estate : $29,152.94 | | | | | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******7966 | 29,152.94 | 29,152.94 | 0.00 |
| | $29,152.94 | $29,152.94 | $0.00 |

{} Asset reference(s)    Printed: 04/13/2015 10:17 AM    V.13.21